UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. SA-11-128M |
| ) | |
| SAUL CABALLERO-MERCADO ) | |
| ) | |
| Defendant. ) | |

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a), Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Western District of Texas, hereby dismisses the Criminal Complaint against Saul CABALLERO-Mercado in the interest of justice.

Respectfully submitted,

JOHN E. MURPHY
UNITED STATES ATTORNEY

By: _____/s/_____
ROSSANA ROLON GRAU
Special Assistant United States Attorney
Texas Bar No. 24042793
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216-5597
(210) 384-7150

Leave of court is granted for the filing of the forgoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

Date: 2-24-11